EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON   #4532
Chief, Major Crimes

KEITH C. CELEBREZZE
Special Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: keith.celebrezze@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00195 SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | APPLICATION FOR |
| vs. | ) | WRIT OF HABEAS CORPUS AD |
| | ) | PROSEQUENDUM; ORDER GRANTING |
| PAMA KANEHAILUA, | ) | WRIT OF HABEAS CORPUS AD |
| | ) | PROSEQUENDUM |
| Defendant. | ) | |
| | ) | |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

COMES NOW the UNITED STATES OF AMERICA, by the United States Attorney, and represents and shows:

That there is now detained in the Oahu Community Correctional Center, 2199 Kamehameha Highway, Honolulu, Hawaii 96819, in the custody of the Warden thereof, the defendant PAMA KANEHAILUA in the above-entitled case, which case will be called for Order to Show Cause Why Supervision Should Not be Revoked on February 24, 2006, at 9:00 a.m., and that it is necessary to have said defendant present in the courtroom of the Honorable Susan

Oki Mollway, District Judge, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii; in order to secure the presence of defendant it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding said Warden to produce said defendant to the United States Marshal in order to procure his presence in said courtroom on said date, and at such other dates as may be necessary until termination of the criminal charges now pending against the defendant.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum out of and under the seal of this Court, directed to said Warden commanding him to have and produce the above-named defendant to the United States Marshal, in order to procure defendant's presence before the Honorable Susan Oki Mollway in said courtroom, on said date and time, and from day to day thereafter as may be necessary; the United States Marshal shall retain custody of defendant and at the termination of the criminal charges now pending against defendant return him to the Oahu Community Correctional Center, 2199 Kamehameha Highway, Honolulu, Hawaii 96819.

DATED: February 17, 2006, at Honolulu, Hawaii.

```
                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                              By /s/ Keith C. Celebrezze
                                 KEITH C. CELEBREZZE
                                 Assistant U. S. Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA
```

ORDER GRANTING WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon reading and filing the foregoing Application in that behalf;

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as prayed for herein;

DATED:  Honolulu, Hawaii, February 17, 2006.



_____
Susan Oki Mollway
United States District Judge

United States v. PAMA KANEHAILUA; Cr. No. 04-00195 SOM; Order Granting Writ of Habeas Corpus Ad Prosequendum