EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON   #4532
Violent Crimes Section Chief

KEITH C. CELEBREZZE
Special Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: keith.celebrezze@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 17 2006

at 2 o'clock and 50 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00195 SOM |
| Plaintiff, | ) | |
| | ) | WRIT OF HABEAS CORPUS AD |
| vs. | ) | PROSEQUENDUM |
| | ) | |
| PAMA KANEHAILUA, | ) | |
| | ) | |
| Defendant. | ) | |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: Warden Clayton Frank, Oahu Community Correctional Center, 2199 Kamehameha Highway, Honolulu, Hawaii 96819; and to the United States Marshal for the District of Hawaii, or his/her assistant.

G R E E T I N G S

We command that you, the Warden, Oahu Community Correctional Center, 2199 Kamehameha Highway, Honolulu, Hawaii 96819, produce the body of PAMA KANEHAILUA, now in your custody to the United States Marshal, District of Hawaii, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, and

further that the United States Marshal upon taking custody of said defendant produce said defendant before the Honorable Susan Oki Mollway, United States Judge, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on February 24, 2006 the hour of 9:00 a.m. for Order to Show Cause Why Supervision Should Not be Revoked of said defendant, and also at such other times as may be ordered by this Court, and have you then and there this Writ.

Custody of said PAMA KANEHAILUA shall remain with the United States Marshal. The delivery of the body of said PAMA KANEHAILUA by the United States Marshal to the courtroom of the Honorable Susan Oki Mollway as aforesaid until termination of the criminal charges now pending against defendant and the return by the United States Marshal of said PAMA KANEHAILUA to the custody of the Oahu Community Correctional Center, 2199 Kamehameha Highway, Honolulu, Hawaii 96819, shall be deemed sufficient compliance with this Writ.

WITNESS the Honorable Susan Oki Mollway, Judge of the United States District Court for the District of Hawaii.

DATED: FEB 17 2006, at Honolulu, Hawaii.

Sue Beitia, Clerk
United States District Court
for the District of Hawaii

_____
DEPUTY CLERK

(SEAL)

United States V. PAMA KANEHAILUA
Criminal No. 04-00195 SOM
"Writ of Habeas Corpus Ad Prosequendum"