AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR-04-00195SOM(01) |
| PAMA KANEHAILUA | |
| (Name and Address of Defendant) | |

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST Pama Kanehailua and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

Order to Show Cause Why Supervision Should Not Be Revoked

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 27 2006

at 10 o'clock and 05 min. a.M
SUE BEITIA, CLERK

in violation of Title   United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Signature of Issuing Officer/Deputy Clerk | October 13, 2005 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at NONE        By: Susan Oki Mollway, United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at HONOLULU, HI | | |
| Date Received 10-13-05 | NAME AND TITLE OF ARRESTING OFFICER Russ Nakasato DUSM | SIGNATURE OF ARRESTING OFFICER /s/ |
| Date of Arrest 2-24-06 | | |